**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **VICKY THOMAS,** | : |
| Plaintiff | : |
| v. | : CASE NO. 5:06-CV-6 (HL) |
| **JO ANNE BARNHART,** | : |
| Defendant | : |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.17) filed February 26, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 26th day of March, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**